IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Dunlap, Dwayne L

Printed: 03/10/09

Case Number: 06 B 11027
Judge: Squires, John H
Filed: 9/5/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 17, 2008
Confirmed: November 29, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 15,249.00 |  |
| Secured: |  | 11,876.09 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,514.36 |
| Trustee Fee: |  | 858.55 |
| Other Funds: |  | 0.00 |
| Totals: | 15,249.00 | 15,249.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 290.00 | 290.00 |
| 2. | Schottler & Zukosky | Administrative | 2,224.36 | 2,224.36 |
| 3. | Midland Mortgage Company | Secured | 0.00 | 0.00 |
| 4. | First North American Nat Bk | Secured | 1,921.12 | 879.85 |
| 5. | Thorn Creek Basin Sanitary Dis | Secured | 681.01 | 44.75 |
| 6. | Midland Mortgage Company | Secured | 32,461.44 | 10,951.49 |
| 7. | Illinois Dept of Revenue | Priority | 644.63 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 181.84 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 397.50 | 0.00 |
| 10. | Thorn Creek Basin Sanitary Dis | Unsecured | 0.00 | 0.00 |
| 11. | Southeast Anesthesia Consult | Unsecured | 48.75 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 450.46 | 0.00 |
| 13. | Schottler & Zukosky | Priority |  | No Claim Filed |
| 14. | AT&T | Unsecured |  | No Claim Filed |
| 15. | Goodyear Credit Card Plan | Unsecured |  | No Claim Filed |
| 16. | AT&T | Unsecured |  | No Claim Filed |
| 17. | City of Chicago Heights | Unsecured |  | No Claim Filed |
| 18. | Comcast | Unsecured |  | No Claim Filed |
| 19. | Nicor Gas | Unsecured |  | No Claim Filed |
| 20. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 21. | MCI | Unsecured |  | No Claim Filed |
| 22. | Israel Methodist Community | Unsecured |  | No Claim Filed |
| 23. | Hollywood Video | Unsecured |  | No Claim Filed |
| 24. | Malcolm S Gerald & Assoc | Unsecured |  | No Claim Filed |
| 25. | Orkin | Unsecured |  | No Claim Filed |
| 26. | Helvey & Associates Inc | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Dunlap, Dwayne L | Case Number: 06 B 11027 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 03/10/09 | Filed: 9/5/06 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Nicor Gas | Unsecured | | No Claim Filed |
| 28. | Verizon Wireless | Unsecured | | No Claim Filed |
| 29. | Reliable Adjustment Bureau | Unsecured | | No Claim Filed |
| 30. | Solomon Greer | Unsecured | | No Claim Filed |
| 31. | Midwest Physician Group | Unsecured | | No Claim Filed |
| 32. | TCF Bank | Unsecured | | No Claim Filed |
| 33. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 34. | Trinity Hospital | Unsecured | | No Claim Filed |
| | | | $ 39,301.11 | $ 14,390.45 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 163.97 |
| 5.4% | 382.05 |
| 6.5% | 97.01 |
| 6.6% | 215.52 |
| | $ 858.55 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*